

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Dana Lynn Lison, aka Dana Lynn Attaway, Appellant

No. 06-23-00099-CR     v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 2329668). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by removing "481.115(d)" as the statute of offense and replacing it with "Section 481.112(d), Texas Health and Safety Code." We further modify the trial court's judgment by deleting the assessment of $180.00 in restitution. As modified, we affirm the judgment of the trial court.

We note that the appellant, Dana Lynn Lison, aka Dana Lynn Attaway, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 1, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk